UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT    2018 AUG 15  A 11: 20

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | US DISTRICT COURT |
| OF THE UNITED STATES OF AMERICA | : | BRIDGEPORT CT |
| FOR AN ORDER AUTHORIZING THE | : | |
| INSTALLATION AND USE OF PEN | : | NO. 3:18MJ1317 (WIG) |
| REGISTER AND INCOMING RECORDING | : | |
| DEVICE | : | |

## A M E N D E D   O R D E R

This matter having come before the Court pursuant to an application under Title 18,

United States Code, Section 3122 by Anthony E. Kaplan, an attorney for the Government and an

Assistant United States Attorney for the District of Connecticut, which application requests an

order under Title 18, United States Code, Section 3123 authorizing the installation and use of a

pen register and of a device that captures the incoming electronic or other impulses which

identify the originating number of an instrument or device from which a wire or electronic

communication was transmitted (Aincoming recording device@), the Court finds that the

applicant has certified that the information likely to be obtained by such installation and use is

relevant to an ongoing criminal investigation being conducted by the Federal Bureau of

Investigation ("FBI") into possible violations of Title 21, United States Code, Section 841

(Possession with the Intent to Distribute Controlled Substance); Title 21, United States Code,

Section 846 (Conspiracy to Possess with the Intent to Distribute Controlled Substance); and Title

21, United States Code, Section 843 (Use of a Telephone to Facilitate a Narcotics Trafficking

Felony), , and related offenses by Antonio Small, and others;

1

IT APPEARING that the numbers dialed or pulsed from and the numbers calling into cellular telephone number (646) 984-6570 (the ATarget Telephone@), with subscriber currently unknown, which has service provided by Verizon (the "Company"), which is believed to be utilized by Jones, are relevant to an ongoing criminal investigation of the specified offenses;

IT IS ORDERED, pursuant to Title18, United States Code, Section 3123, that agents of the FBI may install and use for a period of sixty (60) days a pen register to register numbers dialed or pulsed from said telephone number, to record the date and time of such pulsings or recordings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls and a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(b)(2), that the Company shall furnish agents of the FBI forthwith all information, including subscriber information, facilities and technical assistance necessary to accomplish the installation of the pen register and of the incoming recording device unobtrusively and with minimum interference with the services that are accorded persons with respect to whom the installation and use is to take place; and

IT IS FURTHER ORDERED, that the Company be compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

IT IS FURTHER ORDERED, that authorization apply to the target telephone number regardless of service provider within the 60-day period; and

2

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(d)

that this order and the application be sealed until otherwise ordered by the Court, and that the

Company shall not disclose the existence of the pen register and incoming recording device or

the existence of the investigation to the listed subscriber, or to any other person, unless or until

otherwise ordered by the Court.

SO ORDERED this _____15th_____ day of August, 2018, at Bridgeport, Connecticut.


HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE